

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00265-CV

| | | |
|---|---|---|
| American Refrigeration Company, Inc. | § | From the 30th District Court |
| | § | of Wichita County (180,092-A) |
| v. | § | October 13, 2016 |
| Tranter, Inc. | § | Opinion by Justice Gardner |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the trial court's order denying American Refrigeration Company, Inc.'s special appearance is reversed and we render judgment dismissing Tranter Inc.'s claims against American Refrigeration Company, Inc. for lack of personal jurisdiction.

It is further ordered that Appellee Tranter, Inc. shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Anne Gardner_____
Justice Anne Gardner